IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND BOYLE,

    Plaintiff,

    v.

VILLAGE OF PARDEEVILLE,
COLUMBIA COUNTY and
MICHAEL HAVERLEY,

    Defendants.

Case No.  19-cv-516-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 7/23/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |